UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EDMOND D. JORDAN

VERSUS

MARY MITCHELL, ET AL.

CIVIL ACTION

NO. 09-445-JJB

## JUDGMENT

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that final judgment be entered in favor of Defendants, MARY MITCHELL, DEPARTMENT OF HOMELAND SECURITY, AND JILL IGERT, and against Plaintiff, EDMOND D. JORDAN. Accordingly, Plaintiff's claims are DISMISSED.

Signed in Baton Rouge, Louisiana, this 15th day of March 2010.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1